```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                         MIAMI DIVISION
                 CASE NO. 06-20636-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

LIVAN VALDES,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John O'Sullivan, on November 21, 2006. A Report and Recommendation filed on December 8, 2006 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts Two and Three of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of February, 2007.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge John O'Sullivan
        Russell Koonin, AUSA
        Gustavo J. Garcia-Montes, P.A.
```